188 So. 925

## Ed MOORE v. STATE.
### 1 Div. 337.

Court of Appeals of Alabama.
April 11, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.